

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

The Ganter Group, L.L.C. d/b/a       * From the County Court at
The Ganter Group,                        Law No. 2 of Brazos County,
                                         Trial Court No. 12-000089-CV-CCL2.


Vs. No. 11-12-00297-CV               * October 31, 2014


Choice Health Services, Inc.,        * Memorandum Opinion by Wright, C.J.
                                       (Panel consists of: Wright, C.J.,
                                       Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is reversed, and the cause is remanded for further proceedings. The costs incurred by reason of this appeal are taxed against Choice Health Services, Inc.